**EXHIBIT C**



Lawrence D. Silverman

Akerman LLP
One Southeast Third Avenue
Suite 2500
Miami, FL 33131-1714
Tel: 305.374.5600
Fax: 305.374.5095

November 14, 2013

John McManus, Esq.
Greenberg Traurig
401 East Las Olas Blvd.
Suite 2000
Fort Lauderdale, FL  33301

Re:   **Physicians Healthsource et al. v. DDS et al.**

Dear John:

      This is a response to your letter of November 11, 2013 regarding a proposed partial settlement agreement in the above-referenced case. This is the first that my client had heard of any settlement negotiations (or case evaluation) regarding that lawsuit. Section 9.3(c) of the MIPA ("Right To Participate") provides that "If the Indemnified Party is controlling the defense of any Third Party Claim..., [t]he Indemnified Party shall permit the Indemnifying Party to participate in such settlement or defense." My client has not been part of or privy to any of the settlement discussions, draft settlement agreements, or settlement correspondence. I'd previously asked about the status of mediation scheduling (several times), and nobody told me that settlement discussions were already taking place.

      Until such time as my client has been provided with the information and access required by MIPA Section 9.3(c), it is impossible for my client to make an informed decision regarding settlement, or give a complete update to Beazley regarding the proposed settlement. Meanwhile, based on the information that we do possess, we don't believe that the currently proposed settlement (which attempts to throw my client under the proverbial bus) is fair or reasonable, and my client does not consent.

Sincerely,

Lawrence D. Silverman

akerman.com

{27475005;1}