UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV-22330-SEITZ/SIMONTON

PHYSICIANS HEALTHSOURCE, INC.,
an Ohio corporation, individually and on
behalf of all others similarly situated,

       Plaintiff,

vs.

DOCTOR DIABETIC SUPPLY, LLC,
a Florida limited liability company,
GEORGE T. HEISEL, DDS HOLDINGS,
INC., SANARE, LLC and JOHN DOES 1-10,

       Defendants.
_____/

## JOINT STIPULATION RESCHEDULING MEDIATION AND REQUEST TO ENTER ORDER APPROVING JOINT STIPULATION RESCHEDULING MEDIATION

      Plaintiff PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and on behalf of all others similarly situated, and Defendants DOCTOR DIABETIC SUPPLY, LLC, GEORGE T. HEISEL, DDS HOLDINGS, INC., SANARE, LLC and JOHN DOES 1-10, by their undersigned counsel, hereby stipulate and agree that the Mediation Conference scheduled in the above referenced matter for January 24, 2014 is hereby canceled due to a trial conflict. The Mediation Conference shall be rescheduled before Rodney A. Max on Tuesday, February 11, 2014 at 9:00 a.m. at the offices of Greenberg Traurig, P.A, 333 S.E. 2nd Avenue, Suite 4400, Miami, Florida 33131. The Parties request that the Court enter the Order Approving Joint Stipulation Rescheduling Mediation filed herewith.

      Dated this 22nd day of January 2014.

FTL 109532274v1

| | |
|---|---|
| **_Counsel for Plaintiff_**<br>Ryan M. Kelly, Esq.<br>rkelly@andersonwanca.com<br>Brian J. Wanca, Esq.<br>bwanca@andersonwanca.com<br>ANDERSON + WANCA<br>3701 Algonquin Road, Suite 760<br>Rolling Meadows, IL 60008<br>Telephone:  (847) 368-1500<br>Fax:  (847)368-1501<br><br>By: _s/Ryan M. Kelly_<br>　　　Ryan M. Kelly<br>　　　Bar No. 90110 | **_Counsel for Defendants Doctor Diabetic Supply, LLC and Sanare, LLC_**<br>Kenneth A. Horky, Esq.<br>horkyk@gtlaw.com<br>John L. McManus, Esq.<br>mcmanusj@gtlaw.com<br>GREENBERG TRAURIG, P.A.<br>401 E. Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, FL 33301<br>Telephone:  (954) 765-0500<br>Fax: (954) 765-1477<br><br>By: _s/John L. McManus_[1]<br>　　　John L. McManus<br>　　　Florida Bar No. 0119423 |
| **_Counsel for Defendant George Heisel and DDS Holdings, Inc._**<br><br>Lawrence D. Silverman, Esquire<br>lawrence.silverman@akerman.com<br>Sandra J. Millor, Esquire<br>Sandra.millor@akerman.com<br>AKERMAN SENTERFITT<br>One Southeast Third Avenue, 25th Floor<br>Miami, Florida 33131<br>Telephone: (305) 374-5600<br>Fax: (305) 374-5095<br><br>By: _s/Lawrence D. Silverman_<br>　　　Lawrence D. Silverman<br>　　　Florida Bar No. 0007160 | Louis Smith, Esq.<br>smithlo@gtlaw.com<br>_Admitted Pro Hac Vice_<br>GREENBERG TRAURIG, LLP<br>200 Park Avenue, P.O. Box 677<br>Florham Park, NJ 07932<br>Telephone (973) 360-7900<br>Fax (973) 301-8410 |

---

[1] Permission to affix electronic signatures of counsel for other parties has been granted to the undersigned.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 22, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by ECF System or by U.S. Mail to the following listed persons, who are not authorized to receive electronically Notices of Electronic Filing.

                                                               /s/ John L. McManus
                                                                JOHN L. MCMANUS

**SERVICE LIST**

PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and on behalf of all others similarly situated, Plaintiff, vs. DOCTOR DIABETIC SUPPLY, LLC, a Florida limited liability company, GEORGE T. HEISEL, DDS HOLDINGS, INC., SANARE, LLC and JOHN DOES 1-10, Defendants.

_____

**_Counsel for Plaintiff_**
Ryan M. Kelly, Esq.
rkelly@andersonwanca.com
Brian J. Wanca, Esq.
bwanca@andersonwanca.com
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone:  (847) 368-1500
Fax:  (847)368-1501

**_Counsel for Defendants Doctor Diabetic Supply, LLC and Sanare, LLC_**
Kenneth A. Horky, Esq.
horkyk@gtlaw.com
John L. McManus, Esq.
mcmanusj@gtlaw.com
GREENBERG TRAURIG, P.A.
401 E. Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone:  (954) 765-0500
Fax: (954) 765-1477

Louis Smith, Esq.
smithlo@gtlaw.com
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
200 Park Avenue, P.O. Box 677
Florham Park, NJ 07932
Telephone (973) 360-7900
Fax (973) 301-8410

**_Counsel for Defendant George Heisel and DDS Holdings, Inc._**
Lawrence D. Silverman, Esquire
lawrence.silverman@akerman.com
Sandra J. Millor, Esquire
Sandra.millor@akerman.com
AKERMAN SENTERFITT
One Southeast Third Avenue, 25th Floor
Miami, Florida 33131
Main: (305) 374-5600
Fax: (305) 374-5095