UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-22330-CIV-SEITZ

PHYSICIANS HEALTHSOURCE, INC.,

    Plaintiff,

v.

DOCTOR DIABETIC SUPPLY, LLC;
GEORGE T. HEISEL; DDS HOLDINGS, INC.;
SANARE, LLC; and JOHN DOES 1–10,

    Defendants.
_____/

### ORDER DENYING PRELIMINARY APPROVAL OF SETTLEMENT

In this case, Plaintiffs assert claims for violation of the Telephone Consumer Protection Act and for conversion arising out of two unsolicited fax advertisements sent by Defendants. This matter is now before the Court on Plaintiffs' motion for preliminary approval [DE-126], which seeks the Court's approval of a settlement in which Doctor Diabetic Supply, LLC ("DDS") stipulates to a judgment but allows the class to seek recovery only from DDS's indemnifiers and insurers. The Court will not approve a settlement with such an uncertain recovery. Accordingly, it is

ORDERED that

Plaintiffs' Motion for Preliminary Approval [DE-126] is DENIED.

DONE AND ORDERED in Miami, Florida, this 20th day of August, 2014.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE