*Instituto de Medicina de Familia de Cedros*
*Dr. Antulio Casiano Sosa, MD*
*Especialista en Medicina de Familia*
*Box 1229 Juncos, PR 00777*
*Tel. (787)750-1250   Fax (787)957-2050*



FILED by PG D.C.

FEB 12 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

12 CV 22330 PAS

February 5, 2015

Clerk of the U.S. District Court
For the Southern District of Florida
400 North Miami Avenue,
Miami, Florida   33128

RE:  Request for exclusion from class action
Physicians Healthsource v. Doctor Diabetic

Dear Clerk of the U.S. District Court for the Southern District of Florida:

**Exclude me from the   Physicians Healthsource v. Doctor Diabetic case.**

Thanks,

Dr. Antulio Casiano Sosa

cc. to Ryan M. Kelly, Class Counsel

*Mantén La Fe*