**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 12-22330-CIV-SEITZ

PHYSICIANS HEALTHSOURCE, INC.;

    Plaintiff,

v.

DOCTOR DIABETIC SUPPLY, LLC;
GEORGE T. HEISEL; DDS HOLDINGS, INC.;
and SANARE, LLC;

    Defendants.

_____/

**FINAL JUDGMENT**

Pursuant to the Order Granting Summary Judgment In Part [DE-215] and the Findings of Fact and Conclusions of Law [DE-248], final judgment on the sole remaining claim is

    ENTERED as follows:

On Count I (TCPA) of the Second Amended Complaint [DE-41], against Plaintiff and in favor of Defendants George T. Heisel and Sanare, LLC. Plaintiff shall recover nothing and the claim is dismissed on the merits.

DONE AND ORDERED in Miami, Florida, this 10th day of June, 2015.

                                                  /s/ Patricia A. Seitz
                                                  PATRICIA A. SEITZ
                                                  UNITED STATES DISTRICT JUDGE